# Exhibit C



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5, Mail Stop 8205
Washington, D.C. 20223

Date:   July 11, 2024

Tiffany Hollis
P.O. Box 1151
Lake Worth, FL 33480
Email: FOIA@humanrightsdefensecenter.org

File Number:   20241004

Dear Requester:

This letter acknowledges the receipt of your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on July 11, 2024, for records of all FOIA litigation against the United States Secret Service (USSS) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, the following:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against USSS and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:

• The name of all parties involved;
• The case or claim number;
P.O. Box 1151, Lake Worth, FL 33460
754-263-4568 | FOIA@humanrightsdefensecenter.org
• The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
• The date of resolution;
• The amount of money involved in the resolution and to whom it was paid; and

2. For each case or claim detailed above:
• The complaint or claim form and any amended versions;
• The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case..

Please be advised, provisions of the Acts allow us to recover part of the cost of complying with your request. We shall charge you for the records in accordance with Interim FOIA regulations as they apply to "all other" requesters. The first 100 pages of duplication are free of charge. As an "all other" requester, you will be charged .10 cents a page for the duplication of each additional page. As an "all other" requester, the first 2 hours of search time are free of charge, after which you will be charged the per quarter-hour rate ($4.00, $7.00, $10.25) of the searcher.

Furthermore, the submission of your request is considered a firm commitment, by you, to pay all applicable duplication and search time costs charged, under 6 C.F.R., Chapter I, Part 5 § 5.11, up to $25.00. A search for files responsive to your request is being conducted. The appropriate components of the Secret Service are being queried for responsive documents. If any responsive records are located, they will be reviewed for determination of releasability. You will be contacted before any additional fees are accrued.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the FOIA regulations, 6 C.F.R, Chapter I, Part 5, Secret Service processes FOIA requests according to their order of receipt. As your request seeks documents that will require a thorough and wide-ranging search, the Secret Service will invoke a 10-day extension for your request, pursuant to 6 C.F.R., Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner.

Your request has been assigned FOIA File No. 20241004. We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible. If you have any questions or would like to check the status of your request, please contact our FOIA Public Liaison Kevin Tyrrell, at (202) 220-1819. Alternatively, you may email this office at FOIA@usss.dhs.gov.

Please use the file number indicated above in all future correspondence with this office.

Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5, Mail Stop 8205
Washington, DC  20223
Phone: (202) 220-1819
Fax: (202) 220-1755
Email: FOIA@USSS.DHS.GOV