# Exhibit D



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5, Mail Stop 8205
Washington, D.C. 20223

Date: December 5, 2024

Tiffany Hollis
P.O. Box 1151
Lake Worth, FL 33480
Email: FOIA@humanrightsdefensecenter.org

File Number:   20241004

Dear Requester:

Reference is made to your Freedom of Information Act (FOIA) request, originally submitted to the United States Secret Service (Secret Service) on July 11, 2024, for records of all FOIA litigation against the United States Secret Service (USSS) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, the following:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against USSS and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:

• The name of all parties involved;
• The case or claim number;
P.O. Box 1151, Lake Worth, FL 33460
754-263-4568 | FOIA@humanrightsdefensecenter.org
• The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for
the District of Columbia, D.C. Superior Court, etc.);
• The date of resolution;
• The amount of money involved in the resolution and to whom it was paid; and

2. For each case or claim detailed above:
• The complaint or claim form and any amended versions;
• The verdict form, final judgment, settlement agreement, consent decree, or other
paper that resolved the case..

In response to your FOIA request, the Secret Service FOIA Office has conducted a reasonable search of all appropriate Program Offices for potentially responsive documents.  The Secret Service FOIA Office search of all Program Offices is concluded, and you will be notified of the next steps in the processing of this request.

If any responsive records are located, they will be processed in accordance with the Freedom of Information Act, 5 U.S.C. § 552 and sent to you upon completion.

As referenced in our initial response to you, due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. However, we are processing your request as expeditiously as possible.

Your request has been assigned FOIA File No. 20241004. If you have any questions, would like to discuss this matter, or check the status of your request, please contact this office at (202) 220-1819. Alternatively, you may send an email to foia@usss.dhs.gov.

Please refer to the file number indicated above in all correspondence with this office.

Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5, Mail Stop 8205
Washington, DC  20223
Phone: (202) 220-1819
Fax: (202) 220-1755
Email: FOIA@USSS.DHS.GOV