UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMON RIGHTS DEFENSE CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES SECRET SERVICE,<br><br>    Defendant. | Civil Action No. 25-1622 (TJK) |

**DEFENDANT'S CONSENT MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, through undersigned counsel, respectfully moves for a 30-day extension to respond to the complaint. Currently, the deadline to respond is Monday, June 23, 2025. Defendant seeks a new, proposed deadline of Wednesday, July 23, 2025. Counsel for Defendant conferred with counsel for Plaintiff about this motion, and Plaintiff consents to this motion.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Good cause exists to grant this motion because undersigned was only recently assigned to this case and his heavy caseload prevents him from preparing and filing a response by the current deadline. The U.S. Attorney's Office is receiving thousands of new cases a year, and sometimes there is a delay in case assignments. Further, counsel is currently personally handling over 100 cases, of which more than 60 are active, each with its own competing obligations, deadlines, and

demands. An extension would allow him to better understand the allegations in the complaint and prepare a more appropriate response.

    For the reasons above, Defendant contends there is good cause to grant this motion and for Defendant's new deadline to respond be extended to <u>Wednesday, July 23, 2025</u>.

Date:  June 19, 2025  
         Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:    */s/ Sam Escher*  
      SAM ESCHER, D.C. Bar #1655538  
      Assistant United States Attorney  
      601 D Street, NW  
      Washington, DC 20530  
      (202) 252-2531  
      Sam.Escher@usdoj.gov

*Attorneys for the United States of America*