UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

        Plaintiff,

    v.

UNITED STATES SECRET SERVICE,

        Defendant.

Civil Action No. 25-1622 (TJK)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including <u>Wednesday, July 23, 2025</u>, to respond to the complaint.

SO ORDERED:

_____
Date

_____
TIMOTHY J. KELLY
United States District Judge