UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SECRET SERVICE,<br><br>　　　　Defendant. | Civil Action No. 25-1622 (TJK) |

## JOINT STATUS REPORT

The Human Rights Defense Center ("Plaintiff" or "HRDC") and the United States Secret Service ("Defendant" or "Secret Service"), by and through its undersigned counsel, hereby file this joint status report for Plaintiff's complaint under the Freedom of Information Act ("FOIA").

Defendant issued a final production on Wednesday, July 30, 2025, consisting of 34 pages with redactions under (b)(6) and (b)(7)(C).

The parties propose that they file another joint status report by Thursday, November 13, 2025.

Date:   August 13, 2025                    Respectfully submitted,

*/s/ James M. Slater*                           JEANINE FERRIS PIRRO
James M. Slater (DC Bar # 1044374)              United States Attorney
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116          By:     */s/ Sam Escher*
Atlanta, GA 30345                                  SAM ESCHER, D.C. Bar #1655538
james@slater.legal                                 Assistant United States Attorney
Tel. (404) 458-7283                                601 D Street, NW
                                                   Washington, DC 20530
*Attorney for Human Rights Defense Center*         (202) 252-2531
                                                   Sam.Escher@usdoj.gov

                                           *Attorneys for United States of America*