UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES SECRET SERVICE,<br><br>      Defendant. | Civil Action No. 25-1622 (TJK) |

**JOINT STATUS REPORT**

The Human Rights Defense Center ("Plaintiff" or "HRDC") and the United States Secret Service ("Defendant" or "Secret Service"), by and through its undersigned counsel, hereby file this joint status report for Plaintiff's complaint under the Freedom of Information Act ("FOIA").

Since the last joint status report, Plaintiff sent an email with follow up questions regarding Defendant's prior production. Defendant is currently working on addressing Plaintiff's email.

The parties propose that they file another joint status report by Wednesday, January 28, 2026.

Date:   November 24, 2025                                         Respectfully submitted,

*/s/ James M. Slater*                                                     JEANINE FERRIS PIRRO
James M. Slater (DC Bar # 1044374)                       United States Attorney
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116                    By:        */s/ Sam Escher*
Atlanta, GA 30345                                                      SAM ESCHER, D.C. Bar #1655538
james@slater.legal                                                    Assistant United States Attorney
Tel. (404) 458-7283                                                    601 D Street, NW
                                                                                   Washington, DC 20530
*Attorney for Human Rights Defense Center*          (202) 252-2531
                                                                                   Sam.Escher@usdoj.gov

                                                                                   *Attorneys for United States of America*