UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SECRET SERVICE,<br><br>Defendant. | Civil Action No. 25-1622 (TJK) |

**JOINT STATUS REPORT**

The Human Rights Defense Center ("Plaintiff" or "HRDC") and the United States Secret Service ("Defendant" or "Secret Service"), by and through its undersigned counsel, hereby file this joint status report for Plaintiff's complaint under the Freedom of Information Act ("FOIA").

Defendant has identified the final set of responsive documents and completed the initial redactions permitted by the FOIA. After a final review, Defendant will compile and email the redacted documents to Plaintiff. Absent unforeseen circumstances, all remaining documents will be transmitted by February 6, 2026.

The parties propose that they file another joint status report by Tuesday, March 31, 2026.

\* \* \*

Date:   January 27, 2026

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Attorney for Human Rights Defense Center*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Sam Escher*
    SAM ESCHER, D.C. Bar #1655538
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2531
    Sam.Escher@usdoj.gov

*Attorneys for United States of America*

2