UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

UNITED STATES SECRET SERVICE,

Defendant.

Civil Action No. 25-1622 (TJK)

## JOINT STATUS REPORT

The Human Rights Defense Center ("Plaintiff" or "HRDC") and the United States Secret Service ("Defendant" or "Secret Service"), by and through its undersigned counsel, hereby file this joint status report for Plaintiff's complaint under the Freedom of Information Act ("FOIA").

Defendant was preparing to issue a final production to Plaintiff. Before it could do so, the Department of Homeland Security experienced a lapse in appropriations. There are currently no employees within the FOIA office able to issue the final production.

The parties propose that they file another joint status report by Friday, May 29, 2026.

\*      \*      \*

Date:   March 30, 2026                                Respectfully submitted,

/s/ James M. Slater                                   JEANINE FERRIS PIRRO
James M. Slater (DC Bar # 1044374)                    United States Attorney
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116                     By:  _____/s/ Sam Escher_____
Atlanta, GA 30345                                          SAM ESCHER, D.C. Bar #1655538
james@slater.legal                                        Assistant United States Attorney
Tel. (404) 458-7283                                       601 D Street, NW
                                                          Washington, DC 20530
                                                          (202) 252-2531
*Attorney for Human Rights Defense Center*                Sam.Escher@usdoj.gov

                                                      *Attorneys for United States of America*