UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

UNITED STATES SECRET SERVICE,

Defendant.

Civil Action No. 25-1622 (TJK)

## JOINT STATUS REPORT

The Human Rights Defense Center ("Plaintiff" or "HRDC") and the United States Secret Service ("Defendant" or "Secret Service"), by and through its undersigned counsel, hereby file this joint status report for Plaintiff's complaint under the Freedom of Information Act ("FOIA").

Plaintiff is satisfied with Defendant's productions. The only issue that remains is attorneys' fees. The parties propose that they file another joint status report by Wednesday, July 29, 2026.

Date:   May 29, 2026

_/s/ James M. Slater_
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Attorney for Human Rights Defense Center*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      _/s/ Sam Escher_
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for United States of America*