UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

     Plaintiff,

     v.

UNITED STATES SECRET SERVICE,

     Defendant.

Civil Action No. 25-1622 (TJK)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date:   July 24, 2026

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Attorney for Human Rights Defense Center*

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Sam Escher*

     SAM ESCHER, D.C. Bar #1655538
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2531
     Sam.Escher@usdoj.gov

*Attorneys for United States of America*